**281** ATTORNEY GENERAL vs. CIRCUIT JUDGE (Jackson), No. 12482, 90 M., 272.

To vacate an order made in Habeas Corpus proceedings discharging a prisoner confined in a State prison, under a void sentence.

Denied February 10, 1892.

On granting the order to show cause the court entered an order staying proceedings until further order.

**282** STEVENSON (Supervisor Fruitport Twp.) vs. CIRCUIT JUDGE (Muskegon), No. 12140, 90 M., 20.

To compel respondent to vacate order made in a Habeas Corpus proceeding, discharging from custody two persons held on a body execution issued by a justice upon judgment for trespass, in cutting trees in the highway.

Granted January 22, 1892, with costs.

**283** PERKINS vs. CIRCUIT JUDGE (Wayne), No. 14882.

To compel respondent to vacate an order discharging from custody, upon Habeas Corpus, one McDonald, whose body had been taken on an execution.

Denied May 28, 1895, with costs.

Relator brought replevin against McDonald, but before the writ was executed McDonald filed a bill and obtained an injunction restraining relator from interfering with McDonald's possession of the chattels. Relator prosecuted his suit to judgment and finally obtained an execution against defendant's body.